# UNITED STATES DISTRICT COURT
The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
GEORGE COLBY,

                     Plaintiff,                    **SCHEDULING ORDER**

      -against-                               19 Civ. 217 (NSR)(JCM)

HOME DEPOT U.S.A., INC.,

                     Defendant.
--------------------------------------------------------X

TO ALL PARTIES:

The Telephone Conference scheduled for April 30, 2020 at 10:00 a.m. before Magistrate Judge Judith C. McCarthy will be held through a teleconferencing service. Counsel shall call the following number at the time of the conference:

    <u>Toll-Free Number</u>: 877-873-8017
    <u>Access Code</u>: 4264138

Dated:  March 23, 2020
           White Plains, New York

                                                **SO ORDERED:**

                                                _____
                                                JUDITH C. McCARTHY
                                                United States Magistrate Judge