**LEVINE &**
115 Chris[...]
New York, N[...]
(212) 6[...]
(516) 8[...]

> Application granted. In light of the extension of discovery deadlines, the case management conference scheduled for November 17, 2021 at 2:30 p.m. is adjourned to January 24, 2022 at 2:30 p.m.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 42.
>
> SO ORDERED.
>
> _(signature)_
>
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> November 15, 2021

**ECF**
Hon. Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

  RE: George Colby v. The Home Depot USA, Inc.
     <u>USDC/SDNY Docket No.: 19-CV-217</u>

Dear Judge Halpern:

  This office represents plaintiff George Colby in the above referenced action. This matter is scheduled for a telephone conference with your Honor on November 17, 2021 at 2:30 p.m.

  In response to the undersigned's request for brief extension to permit plaintiff to serve an expert report in rebuttal to defendants' experts' reports, Judge McCarthy extended the end of all discovery until December 15, 2021, affording plaintiff until November 15, 2021 to serve his expert's report and defendant 30 days thereafter should they wish to depose plaintiff's expert or serve rebuttal. A Status Conference is currently scheduled with Judge McCarthy on December 15, 2021.

  In light of Judge McCarthy's extension of the discovery deadline, the parties request the adjournment of the November 17, 2021 telephone conference with the Court until after December 15, 2021. Thanking the Court for its attention to this matter I am,

                Respectfully yours,

                _(signature)_
                RICHARD A. GILBERT

RG:rg
cc: All Parties via ECF