UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GEORGE COLBY,    Docket No.   19-CV-00217

                Plaintiff,

      -against-

                                                          **PROPOSED VERDICT SHEET**

HOME DEPOT U.S.A., INC. d/b/a THE HOME DEPOT,

                Defendants.
------------------------------------------------------------------X


**VERDICT SHEET**

Answer question number one and then proceed according to the instructions immediately following each answer. All jurors must agree on each answer. All jurors must deliberate and vote on each question required to be answered.

In accordance with the principles of law charged by the Court and the facts as we have found them to be, we the jury, do hereby answer the following questions as indicated:

**<u>Question 1</u>**

      Was Defendant Home Depot negligent?

Yes_____    No_____

Jurors, after answering the above question, will sign their names below:

1. _____    2._____    3._____

4._____    5._____    6._____

      If your answer is No, proceed no further and report your verdict.

      If your answer is Yes, proceed to Question 2.

**Question 2**

Was Defendant Home Depot's negligence a substantial factor in causing the accident on April 23, 2017?

Yes_____    No_____

Jurors, after answering the above question, will sign their names below:

1._____    2._____    3._____

4._____    5._____    6._____

If your answer is No, proceed no further and report your verdict.

If your answer is Yes, proceed to Question 3.

**Question 3**

Was the Plaintiff, GEORGE COLBY, negligent?

          Yes_____ No_____

Jurors, after answering the above question, will sign their names below:

1._____    2._____    3._____

4._____    5._____    6._____

  If your answer is No, proceed to Question 6.

  If your answer is Yes, proceed to Question 4.

**Question 4**

    Was Plaintiff's negligence a substantial factor in causing the accident?

                          Yes_____    No_____

Jurors, after answering the above question, will sign their names below:

1._____        2._____        3._____

4._____        5._____        6._____

    If your answer is No, proceed to Question 6.

    If your answer is Yes, proceed to Question 5.

4860-1385-3464.1

**Question 5**

What is the percentage of fault for the accident between the following parties:

        Plaintiff George Colby                                                 _____%

        Defendant Home Depot                                           _____%

                                                                            Total must be 100 %

Jurors, after answering the above question, will sign their names below:

1. _____        2. _____        3. _____

4. _____        5. _____        6. _____

Proceed to Question 6.

**Question 6**

State separately the amount awarded to George Colby for the following items of damages, if any, from the date of the accident (April 23, 2017) up to the date of your verdict.

      (a)    Injuries, including pain and suffering    $_____

      (b)    Medical Expenses    $_____

If you decide not to make an allowance for a particular item, you will place the word "none" as to that item.

Jurors, after answering the above question, will sign their names below:

1._____    2._____    3._____

4._____    5._____    6._____

Proceed to Question 7.

**Question 7**

State separately the amount to be awarded to George Colby for the following items of damages, if any, to be incurred in the future.

|     |     |     |     |
| --- | --- | --- | --- |
| (a) | Future pain and suffering | $ | _____ |
| (b) | Future medical expenses | $ | _____ |
| (c) | number of years | | _____ |

If you decide not to make an allowance for a particular item, you will place the word "none" as to that item.

Jurors, after answering the above question, will sign their names below:

1._____     2._____     3._____

4._____     5._____     6._____

**REPORT YOUR VERDICT TO THE COURT.**

4860-1385-3464.1