LEVINE & GILBERT
115 Chr[istopher Street]
New York, [NY]
(212)
(516)

> The deadline for submitting the revised materials is adjourned to 5:00 p.m. on May 4, 2022.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 51.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> May 2, 2022

**ECF**
Hon. Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

RE: George Colby v. The Home Depot USA, Inc.
USDC/SDNY Docket No.: 19-CV-217

Dear Judge Halpern:

This office represents plaintiff George Colby in the above referenced action. This matter is scheduled for an in person final conference on May 10, 2022.

By May 2, 2022 at 5:00 p.m. the parties are required to file jointly a Second Amended Joint Pretrial Order; an Amended proposed Joint Voir Dire; an Amended Proposed Verdict Sheet; an Amended Proposed Joint Jury Charge and a summary of the case to be read to the jury at the beginning of voir dire.

We write to request a brief extension of time for filing these documents to May 4, 2022. The reason for this request is that the undersigned was out of the office this past week to attend the wake and funeral of a close family friend. In addition, the undersigned has been preparing for the recorded testimony of defendant's expert, Dr. Choi, this Monday May 2, 2022. Defendant's attorneys join in this request.

Respectfully yours,

RICHARD A. GILBERT

RG:rg
cc: All Parties via ECF