UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEORGE COLBY,

                Plaintiff,

-against-

HOME DEPOT U.S.A., INC. d/b/a
THE HOME DEPOT,

                Defendant.

**ORDER**

19-CV-00217 (PMH)

PHILIP M. HALPERN, United States District Judge:

The Court held a final pretrial conference in Courtroom 520 on May 10, 2022. Counsel for George Colby and counsel for Home Depot, U.S.A., Inc. d/b/a The Home Depot appeared. During that conference, the Court: **(1)** reviewed trial COVID protocols, jury selection, and trial processes; **(2)** provided counsel with copies of its Proposed Voir Dire Form for review; **(3)** outlined edits to be made to the parties' pretrial filings; **(4)** directed that counsel meet and confer regarding the two Proposed Jury Charges over which they cannot agree; and **(5)** deemed admitted into evidence, as listed in the most recent Joint Pretrial Order (Doc. 57), Joint Exhibits 1-22. The parties shall, in accordance with the instructions and directives given by the Court on the record, file:

- a revised Joint Pretrial Order by **5:00 p.m. on May 12, 2022**;
- a revised Proposed Verdict Sheet, a joint letter providing a short summary of the case to be read to the jury at the beginning of *voir dire*, **and** a joint letter stating any objections or requested modifications (i.e., additional or different names) to the Proposed Voir Dire Form, by **5:00 p.m. on May 13, 2022**; and
- revised Proposed Jury Charges and a marked pleading by **5:00 p.m. on May 16, 2022**.

The parties shall further, by **5:00 p.m. on May 16, 2022**, provide directly to Chambers: **(1)** three binders containing copies of all paper exhibits (with indices); and **(2)** a flash drive containing copies of all electronic evidence.

The parties shall also advise the Court jointly, in a letter filed by **5:00 p.m. on May 19, 2022**, as to whether settlement has been reached.

**SO ORDERED:**

Dated:  White Plains, New York
         May 11, 2022

_____
PHILIP M. HALPERN
United States District Judge